UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TERRENCE ANDREWS,<br>   Plaintiff,<br> v.<br>ROBERT PITTMAN, et al.,<br>   Defendants. | Case No. 25-cv-03390-SK<br><br>**ORDER TO SHOW CAUSE** |

  Defendants filed a motion to dismiss Plaintiff's complaint on June 26, 2025. (Dkt. Nos. 20, 23.) Plaintiff, who is represented by counsel, has not filed an opposition to Defendants' motion. Such failure to prosecute may result in dismissal of Plaintiff's case under Federal Rule of Civil Procedure 41(b).

  Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than July 29, 2025, why this case should not be dismissed for failure to prosecute. Plaintiff should discuss why he did not file a response by the deadline. If the Court does not receive a response to this Order, this case will be dismissed without prejudice.

  The Court HEREBY VACATES all pending deadlines and hearings in this case, including the hearing on Defendants' motion to dismiss, hearing on Plaintiff's motion to disqualify counsel, and initial case management conference currently scheduled for August 4, 2025.

///
///
///
///
///
///

As for Plaintiff's motion to disqualify counsel, Defendants have filed an opposition, and Plaintiff has not filed a reply despite expiration of the deadline to do so. (Dkt. Nos. 26, 28.) The Court finds this motion suitable for resolution without oral argument and takes it under submission. *See* Civil L.R. 7-1(b).

**IT IS SO ORDERED**.

Dated: July 22, 2025



_____

SALLIE KIM
United States Magistrate Judge

2