UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TERRENCE ANDREWS, | Case No. 25-cv-06522-JCS |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ROBERT H. PITTMAN, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Sallie Kim for consideration of whether the case is related to C-25-03390 SK, *Andrews v. Pittman*.

**IT IS SO ORDERED.**

Dated: September 10, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge